```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

MARTHA A. LOVELACE                                        PLAINTIFF

    v.                    Civil No. 07-2110

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                   DEFENDANT

## ORDER

Now on this 15th day of January 2009, there comes on for consideration the report and recommendation filed herein on November 20, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 15). Also before the Court are Plaintiff's Objections (Doc. 16).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's counsel is awarded $2,913.22 in attorney's fees pursuant to the Equal Access to Justice Act. *See* 28 U.S.C. § 2412.

IT IS SO ORDERED.

                                        /s/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge